**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ROY D. BURNS
ADC #91713                                                                                         PLAINTIFF

V.                              No. 2:11CV00049 SWW-BD

EDWARD D. EATON, *et al.*                                                              DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Mr. Burns's motion for default judgment (docket entry #18) is DENIED, this 1st day of June 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE