**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center: EARU

Name: Roy Burns

ADC# 091713    Brks # MAY-8-53    Job Assignment: _____

FOR OFFICE USE ONLY
GRN # EDM10-0600
Date Received: 7/12/10
GRV. Code # 803

ARO / RECEIVED CONFIDENTIAL JUL 12 2010 East Arkansas Regional Unit

6-25-10 (Date) STEP ONE: Informal Resolution

7-11-10 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: Never Recieved a response from Sgt. Sanders. Still wish to persue it.

6-25-10 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: Another breakdown in security which could of got myself or someone else seriously injured

Is this Grievance concerning Medical or Mental Health Services? ____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print):

On 6-25-10 At Appx 1:30 P.M. I came in off yard call CPL. Hopkins was with me. As I was coming around the corner from the stairs my cell door opened up. CPL Hopkins ever asking the (Cpl. Hopkins) to open it. I confirm to Cpl. Hopkins that he doesn't have to let him in the I lot because Appx 5 minutes later while I was standing in my door, the inmate from 5? cell comes past my cell (His black and I'm white) he stands in front of the outside of my door. Cpl. Hopkins once again opens my door fully. I step out of my cell the inmate is ahead of A. from Me. The closest c.o. is Sgt. Lane. He's standing Appx 25 feet from the cuffed inmate. I then walk to the Sgt. Turn my self in and stood over by the stairs so I can judge what's going on. I really feel I was set-up. Sgt. Lane never even tried to restrain me in any way. Finally after about 15 secs I went back to my cell. I'm steadily being placed in dangerous situations in which I can cause major harm and I feel I'm being set up. I was so close to taking advantage of this situation and break out in violent act but said "though" I honestly feel I'm being set-up by staff per Cpl. Jackson

Inmate Signature: Roy Burns    Date: 6-25-10

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 6-25-10 (date), and determined to be Step One and/or an Emergency Grievance ____ (Yes or No). This form was forwarded to medical or mental health? ____ (Yes or No). If yes, name of the person in that department receiving this form: ____

Sgt TSanders _____ S.T.A.S. RECEIVED    6-25-10
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature       Date Received

Describe action taken to resolve complaint, including **dates**:

SEP 0 9 2010

INMATE GRIEVANCE SUPERVISOR
ADMINISTRATIVE STAFF

DEFENDANT'S EXHIBIT 4

Staff Signature & Date Returned _____   Inmate Signature & Date Received _____

This form was received on 7-11-10 (date), pursuant to Step Two. Is it an Emergency? ____ (Yes or No).
Staff Who Received Step Two Grievance: William Ivory   Date: 7-11-10
Action Taken: Forward _____ (Forwarded to Grievance Officer/Warden/Other) Date: 7-11-10
If forwarded, provide name of person receiving this form: Mrs. Perry   Date: 7-11-10

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two

IGTT410  
3GS

Iso-32L

Attachment III

INMATE NAME: Burns, Roy     ADC #: 091713A     GRIEVANCE #: EAM10-02600

## WARDEN/CENTER SUPERVISOR'S DECISION

You allege that on 6-25-10, at approx. 1:30 P.M., you were coming in from yard call. You allege that you were escorted by Cpl Hoskins, and when you came around the corner you observed that your cell door was open. You allege that a few minutes later the inmate assigned to cell 52 walked past you and stood in front of his cell. The officer in the control booth opened your cell and the other inmate was no more than 2 feet from you, but the officer, Sgt. Lane, was over 25 feet away. You state that after approximately 15 second you returned to your cell. You allege that you are constantly being placed in dangerous situations, where you can cause harm or you are being set up to break out in a violent act. You allege that you feel that you are being set up by Captain Jackson. Sgt. Lane advised that he mistakenly gave an order for it to be opened. Inmate Burns was ordered back into his cell and he complied without incident. Officer Hardin advised that she open the door that she was told to open. Captain Jackson advised that he has not conspired or given an order of any type to set you up. You have not provided any evidence to support these allegations. Therefore this complaint has no merit.

_____     _____     8/23/10  
Signature of Warden/Supervisor or Designee     Title     Date

RECEIVED  
SEP 09 2010  
INMATE GRIEVANCE SUPERVISOR  
ADMINISTRATION BUILDING

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

I said appx. 5 minutes after I went to my cell. That my door was once again opened. And futher more. Sgt Lane was no where near the inmate he was supposedly escorting to his cell. He was appx. 25 feet away from him. And he was handcuffed & leg cuffed. (The inmate was) Yes! I am constantly placed in dangerous situations at this unit. Just 2 weeks before this they had an inmate serving my Juice and I cut him across his face with a razor (supposedly) The inmate was not even suppose to be in the bks. at that time. Now they opened my door after I done made threats that I was going to harm someone. I could of easly hurt Sgt Lane or throw this inmate

IGTT430  
3GD

Attachment VI

**INMATE NAME:** Burns, Roy      **ADC#:** 091713      **GRIEVANCE#:** EAM10-02600

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You allege that you were coming in from yard call. You alleged that you were escorted by Cpl. Hoskins and when you came around the corner you observed that your cell door was open. You allege that a few minutes later the inmate assigned to cell 52 walked past you and stood in front of his cell. The officer in the control booth opened your cell and the other inmate was no more than 2 feet from you, but the Sgt. Lane was over 25 feet away. You allege that you are constantly being placed in dangerous situations where you can cause harm or you are being set up to break out in a violent act. You allege that you feel that you are being set up by Captain Jackson.

Based on the Warden's response in which he states in part, "Sgt. Lane advised that he mistakenly gave an order for it to be opened. Inmate Burns was ordered back into his cell and he complied without incident. Officer Hardin advised that she open the door that she was told to open. Captain Jackson advised that he has not conspired or given an order of any type to set you up. You have not provided any evidence to support these allegations. Therefore this complaint has no merit."

I find that I concur with the unit's response.

Appeal denied

_____/hm/_____        _____10.21.10_____  
Signature                                  Date

IGTT405                                                                                                       Attachment V
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
# or REJECTION OF APPEAL

TO: Inmate <u>Burns, Roy</u>            ADC #: <u>091713A</u>

FROM: <u>May, Larry D</u>                 TITLE: <u>Chief Deputy Director</u>

RE: Receipt of Grievance <u>EAM10-02600</u>     DATE: <u>09/14/2010</u>

Please be advised, the appeal of your grievance dated <u>06/25/2010</u> was received in my office on this date <u>09/09/2010</u>

**You will receive communication from this office regarding this Grievance by** <u>10/21/2010</u>, **OR,**

**Your grievance appeal is being returned pursuant to Administrative Directive 07-03/Administrative Regulation 835 due to one of the following:**

- ☒ The time allowed for appeal has expired
- ☒ The matter is non-grievable and does not involve retaliation:
  - ☒ (a) Parole and/or Release matter
  - ☒ (b) Transfer
  - ☒ (c) Job Assignment unrelated to medical restriction
  - ☒ (d) Disciplinary matter
  - ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
  - ☒ (f) Involves an anticipated event
  - ☒ (g) Request disciplinary action against employee, contractor, or volunteer
  - ☒ (h) Claim for monetary damage
- ☒ You did not send all the proper Attachments:
  - ☒ (a) Unit Level Grievance Form (Attachment 1)
  - ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
  - ☒ (c) Did not give reason for disagreement with Response on Attachment III or IV
  - ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
  - ☒ (e) Unsanitary form(s) or documents received
  - ☒ (f) Other

IGTT405                                                   Page 1 of 2